**No. 09-8649. Barron Wimbley, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1685, 176 L. Ed. 2d 150, 2010 U.S. LEXIS 1269.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 349 Fed. Appx. 54.

**No. 09-8652. Dana Scott Richardson, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1565, 176 L. Ed. 2d 150, 2010 U.S. LEXIS 1355.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 349 Fed. Appx. 38.

**No. 09-8654. Andre Ricks, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1565, 176 L. Ed. 2d 150, 2010 U.S. LEXIS 1331.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 797.

**No. 09-8655. Leonard V. Smith, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1566, 176 L. Ed. 2d 150, 2010 U.S. LEXIS 1193.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 340 Fed. Appx. 587.

**No. 09-8658. Saladean Walker Salean, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1566, 176 L. Ed. 2d 150, 2010 U.S. LEXIS 1300.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 583 F.3d 1059.

**No. 09-8661. Clarence Edgar Alexander, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1566, 176 L. Ed. 2d 150, 2010 U.S. LEXIS 1405.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 339 Fed. Appx. 941.

**No. 09-8666. Richard Eric Hunn, Petitioner v. United States.**

559 U.S. 962, 130 S. Ct. 1566, 176 L. Ed. 2d 150, 2010 U.S. LEXIS 1081.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 344 Fed. Appx. 920.

**No. 09-8668. Thomas Jonathan Harris, Petitioner v. United States.**

559 U.S. 962, 130 S. Ct. 1566, 176 L. Ed. 2d 150, 2010 U.S. LEXIS 1046.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 331 Fed. Appx. 242.

**No. 09-8670. Wayne Alexander Gopie, Petitioner v. United States.**

559 U.S. 962, 130 S. Ct. 1566, 176 L. Ed. 2d 150, 2010 U.S. LEXIS 1066.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 347 Fed. Appx. 495.